THOMAS P. LAMBERT (SBN 050952)
tpl@msk.com
KARIN G. PAGNANELLI (SBN 174763)
kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

CHRISTOPHER B. MEAD *pro hac vice*
LONDON & MEAD
1225 19th Street NW, Suite 320
Washington, DC  20036
Telephone:  (202) 331-3334
Facsimile:  (202) 785-4280

DAVID L. DEBRUIN *pro hac vice*
RICHARD MARSCHALL *pro hac vice*
CHARLES J. CRUEGER *pro hac vice*
JOSEPH T. MIOTKE *pro hac vice*
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI  53202-4108
Telephone:  (414) 271-6560
Facsimile:  (414) 277-0656

DANIEL J. FURNISS (SBN 73531)
djfurniss@townsend.com
ANNE M. ROGASKI (SBN 184754)
amrogaski@townsend.com
TOWNSEND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, CA 94301
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422

Attorneys for Plaintiff
ORMCO CORPORATION

Attorneys for Defendant
ALIGN TECHNOLOGY, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORMCO CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. SACV 03-16 CAS (ANx)<br><br>The Honorable Christina A. Snyder<br><br>**CONSENT JUDGMENT**<br><br>CTRM.:  5 |

W/1463463

This Consent Judgment is entered into between and among Ormco Corporation, ("Ormco"), and Align Technology, Inc. ("Align") (collectively, the "Parties"), through their respective counsel of record.

This action comes before the Court on the pleadings and proceedings of record and it has been represented to the Court that, pursuant to a Settlement Agreement, Ormco and Align have agreed to a settlement of all issues remaining for trial or otherwise the subject of pending motions and Align has waived any right to appeal any of the findings, judgments, rulings or orders entered by the Court in this action.

WHEREFORE, with the consent of Ormco and Align, through their undersigned attorneys, it is hereby finally ORDERED, ADJUDGED and DECREED as follows:

1.  This Court has personal jurisdiction over the Parties and the subject matter of this action, including the enforcement of the Settlement Agreement entered among the Parties.

2.  Claims 37, 38, 39, 40 and 69 of Ormco's U.S. Patent No. 6,616,444 are infringed by Align.

3.  Claims 37, 38, 39, 40, 45 and 69 of Ormco's U.S. Patent No. 6,616,444 are not invalid.

4.  Ormco's U.S. Patent No. 6,616,444 are not unenforceable.

5. Pursuant to the terms and conditions of the Settlement Agreement entered between Ormco and Align, the issues of damages, willfulness and attorneys' fees as they relate to Ormco's allegations of infringement of its patents have been fully settled and all remaining allegations that were made or could have been made by Ormco in Case No. SACV 03-16 CAS (ANx) are hereby dismissed with prejudice.

6. Ormco's pending Motion for a Permanent Injunction is hereby denied as moot.

7. All defenses and counterclaims that were made or could have been made by Align in Case No. SACV 03-16 CAS (ANx) are hereby dismissed with prejudice.

8. Except as set forth in the Parties' Settlement Agreement, each party shall bear its own costs and attorneys' fees.

SO Ordered:

DATED: August 17, 2009

The Honorable Christina A. Snyder
United States District Judge

2

Stipulated to by:

Dated: August __, 2009        MICHAEL BEST & FRIEDRICH LLP

By: _____
    David L. De Bruin
    Richard H. Marschall
    Charles J. Crueger
    Joseph T. Miotke
        -and-
    Christopher B. Mead
        -and-
    Thomas P. Lambert
    Karin G. Pagnanelli

Attorneys for Plaintiff
ORMCO CORPORATION

Dated: August __, 2009        TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
    Anne M. Rogaski
    Daniel J. Furniss
    Jon V. Swenson
    Heidi J. Kim

Attorneys for Defendant
ALIGN TECHNOLOGY